**MISC 19-2206**

AO 451 (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ONSONGO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 08-cv-1380-JDB |
| REPUBLIC OF SUDAN et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/25/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 8/16/2018

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 29 2019 ★

BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 29 2019 ★
BROOKLYN OFFICE

MISC 19-2206

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY ONSONGO, et al.,

    Plaintiffs,

v.

REPUBLIC OF SUDAN, et al.,

    Defendants.

Civil Action No. 08-1380 (JDB)

## ORDER

Upon consideration of [50-230] the special masters' reports, and the entire record herein, it is hereby

**ORDERED** that [50-230] the special master reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $199,106,578.19; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

                              /s/
                        JOHN D. BATES
               United States District Judge

Dated: July 25, 2014

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 7/25/14
By: _____
ANGELA D. CAESAR, CLERK

| | Name of Victim | Injured/Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Punitive Damages | Subtotal | Total Award (with applicable prejudgment interest) | Total Award (subtotal with prejudgment interest, plus punitive damages) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Eric Abur Onyango | | Juliana Onyango | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 2 | | | Marita Onyango | Sister | | | $2,500,000 | $6,817,439 | $2,500,000 | $6,817,439.10 | $13,634,878.19 |
| 3 | Evans Onsongo | Deceased | Evans Onsongo | | $1,162,814 | $0 | | $0 | $1,162,814 | $0.00 | $0 |
| 4 | | | Mary Onsongo | Wife | | | $8,000,000 | $18,094,800 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 5 | | | Enoch Onsongo | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 6 | | | Peris Onsongo | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 7 | | | Venice Onsongo | Daughter | | | $0 | $0 | $0 | $0.00 | $0 |
| 8 | | | Salome Onsongo | Mother | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 9 | | | Bernard Onsongo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 10 | | | George Onsongo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 11 | | | Edwin Onsongo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 12 | | | Gladys Onsongo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 13 | | | Pinina Onsongo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 14 | Irene Kung'u | Injured | Irene Kung'u | | | $3,000,000 | | $6,785,550 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| | TOTALS | | | | | $3,000,000.00 | $ 40,500,000.00 | $99,553,289.10 | $44,662,814.10 | $99,553,289.10 | $199,106,578.19 |